DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

6 MARCH 2014

| | | | |
|---|---|---|---|
| 494P13 | State v. Lance Adam Goldman | 1. State's Motion for Temporary Stay (COA12-1509) | 1. Allowed **11/04/2013** Dissolved **03/06/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 501A13 | State v. Bobby Gene Jolly | 1. Def's NOA Based Upon a Constitutional Question (COA12-1389) | 1. — |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |
| 514PA08-3 | State v. Bobby E. Bowden | 1. Def's Motion to Take Judicial Notice of the Files of This Court in the Case of Brown v. N.C. Department of Correction | 1. Allowed |
| | | 2. Def's Motion to Take Judicial Notice of the Files of this Court in the Case of Jones v. Keller | 2. Allowed |
| 516P13 | State v. Keith Tyrone Troxler | Def's PDR Under N.C.G.S. § 7A-31 (COA13-79) | Denied |
| 518P13 | Sheena Moody Ward, Plaintiff v. Luis Enrique Carmon, Defendant v. Justin Michael Ward, Third-Party Defendant | Plaintiff and Third-Party Def's PDR Under N.C.G.S. § 7A-31 (COA13-258) | Allowed |
| 528P13 | Walter Stevens, Employee v. United States Cold Storage, Inc., Employer, N.C. Insurance Guaranty Association, Carrier | Defs' PDR Under N.C.G.S. § 7A-31 (COA13-150) | Denied |
| 531P13 | State v. James A. Phillips, Jr. | 1. State's Motion for Temporary Stay (COA13-449) | 1. Allowed **11/22/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |